# KRANJAC TRIPODI & PARTNERS LLP

### ATTORNEYS AT LAW

XAVIER M. BAILLIARD
PARTNER
(201) 615-5290
XBAILLIARD@KTPLLP.COM

November 17, 2023

**Via ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: **Brothers Holding LLC v. Township of Weehawken, et al.**
            **No. 23-cv-03185-BRM-LDW**

Dear Judge Martinotti:

    This firm represents Plaintiff Brothers Holding LLC ("Plaintiff") in the above-referenced matter. We write to respectfully request, with the consent of Defendants, a last one-week extension of the deadline for Plaintiff to file an opposition to Defendants' Motion to Dismiss (ECF No. 10). On June 11, 2023, Plaintiff filed its Complaint against Defendants. On October 13, 2023, Defendants filed their Motion to Dismiss. Plaintiff thereafter obtained an automatic extension of the return date of the Motion, pursuant to L.Civ. R 7.1(d)(5), as a result of which Plaintiff's response to Defendants' Motion is was due on November 6, 2023. Due to Plaintiff's and Plaintiff's counsel's schedules, Plaintiff sought and obtained a two-week extension of the deadline, to November 20, 2023, with Defendants' reply due December 11, 2023.

    However, as a result of a personal conflict, Plaintiff respectfully requests, with the consent of Defendants, a last one-week extension of the deadline, to November 27, 2023, with Defendants' reply due December 18, 2023.

We thank Your Honor for your attention to this matter.

ORDERED: _/s/_
DATED: 11/20/2023

Respectfully

s/ Xavier M. Bailliard

Xavier M. Bailliard

cc:    All counsel of record (via ECF and email)